United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 7, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-60235
Summary Calendar

_____

CHRISTOPHER AWAJAMAN CHI,

Petitioner,

versus

ALBERTO R. GONZALES, U. S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A96 290 746
--------------------

Before REAVLEY, HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Christopher Awajaman Chi, a native and citizen of Cameroon, has petitioned for review of an order of the Board of Immigration Appeals (BIA) affirming the immigration judge's (IJ) decision denying Chi's application for asylum, for withholding of deportation, and for relief under the Convention Against Torture (CAT). Chi has failed to show that the record compels reversal of the finding of the BIA and IJ that Chi failed to give credible testimony that he is entitled to asylum or withholding of removal. Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994); Mikhael v.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

INS, 115 F.3d 299, 302 (5th Cir. 1997).  Because Chi does not argue in his brief that he is entitled to relief under the CAT, he has abandoned any challenge to the denial of that relief.  See Rodriguez v. INS, 9 F.3d 408, 414 n.15 (5th Cir. 1993).  Chi's petition for review of the BIA's affirmance of the IJ's denial of his application for asylum, withholding of removal, and relief under the CAT is DENIED.